UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

JOSÉ ALBERTO HERNÁNDEZ LARA, ISMAEL LORENZO PÉREZ, LEONEL SANTIAGO GÓMEZ, and URIEL HERNÁNDEZ ESPINOZA,

*Plaintiffs*,

*v.*

LAS PRINCESAS CORPORATION, MARTHA ZEFERINO JOSÉ, and THE TANKARD NURSERIES INC.

*Defendants*.

Civil Action

No.: 2:24-cv-00346 JKW

## MOTION TO EXTEND TIME

Plaintiffs, by and through counsel, hereby move the Court pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for an Order granting Plaintiffs an extension of time to file their motion for preliminary approval of Plaintiffs' class settlement with Defendant The Tankard Nurseries Inc. ("Tankard").

In support of this motion, Plaintiffs show the Court the following:

1. The parties to this case held a settlement conference with Magistrate Judge Krask on April 8, 2025. During this settlement conference, Plaintiffs reached a settlement with Defendant Tankard. Counsel for Plaintiffs and Tankard are presently finalizing their written agreement reflecting that settlement.

2. At the completion of the April 8th conference, Magistrate Judge Krask directed the

1

    parties to submit their settlement agreement and motion for approval of the agreement by Friday, April 25th. To the best of Plaintiffs' knowledge, no order was entered on the docket as to this deadline.

3. On April 9, 2025, the Court entered an order transferring this case from Magistrate Judge Krask. This case was then assigned to Magistrate Judge Miller.

4. Plaintiffs now seek to extend the deadline to submit their motion for preliminary approval of the class settlement with Tankard Nurseries from April 25, 2025 until May 30, 2025.

5. The purpose of this extension would be to allow Plaintiffs to continue settlement discussions with the other two Defendants in this case, Las Princesas Corporation ("Las Princesas") and Martha Zeferino José (Zeferino).

6. If Plaintiffs are able to resolve their claims against these two remaining Defendants, Plaintiffs could present the Court with a single motion for preliminary class certification and settlement approval, rather than making such motion now as to Tankard and potentially the same motion shortly thereafter as to Defendants Las Princesas and Martha Zeferino José – which would result in two different notices going to putative class members. Particularly because the class members here are migrant farmworkers residing largely outside of the country, sending two different notices in the same case is likely to be confusing. In addition, allowing additional time for Plaintiffs to attempt to resolve their claims against Las Princesas/Ms. Zeferino with the goal of presenting a single motion for preliminary certification of a class and approval

of a class settlement is likely to be more efficient for the Court and less costly.

7. In addition, since the opt-in deadline for Plaintiffs' Fair Labor Standards Act ("FSLA") claims has been extended until May 12, 2025 pursuant to the Court's April 11, 2025 Order (ECF No. 96), extending the time here will also allow the parties to know the full universe of participants in the FLSA collective actions prior to filing their motion.

8. Extending the date to file the motion would not affect any other deadlines in this case.

9. Should Plaintiffs and the Las Princesas Defendants fail to reach a settlement prior to the proposed deadline of May 30, 2025, Plaintiffs and Defendant Tankard would file their motion for preliminary class settlement approval on that date.

10. Counsel for Plaintiffs has conferred with counsel for Defendant Tankard, Mr. Robertson, and he has indicated that he would not oppose this application.

11. Plaintiffs are submitting with this application a proposed Order which includes the new proposed deadline.

WHEREFORE, Plaintiffs pray this Court for entry of an Order granting an extension of their time to file a motion for preliminary approval of a class settlement until May 30, 2025.

This 23rd date of April, 2025

Respectfully Submitted,

PLAINTIFFS,

Individually on behalf of themselves and on behalf of all others similarly situated

By Counsel

/s/ Marissa L. Baer
Rachel C. McFarland (VSB No. 89391)
Marisa L. Baer (VSB No. 96258)
Jason B. Yarashes (VSB No. 90211)
LEGAL AID JUSTICE CENTER

1000 Preston Avenue, Suite A
Charlottesville, Virginia 22903
Telephone: (434) 977-0553
Facsimile: (434) 977-0558
Email: rmcfarland@justice4all.org
marissa@justice4all.org
jasony@justice4all.org

Carol Brooke
Clermont Ripley
NORTH CAROLINA JUSTICE CENTER
P.O. Box 28068
Raleigh, NC 27611
Telephone: (919) 856-2144
Facsimile: (919) 856-2175
Email: carol@ncjustice.org
clermont@ncjustice.org
*(Admitted pro hac vice)*

Patricia Kakalec
KAKALEC LAW PLLC
80 Broad Street, Suite 703
New York, NY 10004
Telephone: (212) 705-8730
Facsimile: (646) 759-1587
Email: Patricia@KakalecLaw.com
*(Admitted pro hac vice)*

*Attorneys for Representative Plaintiffs and Putative Collective/Class Members*

CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date electronically filed the foregoing with the Clerk of Court via the CM/ECF system, which shall send electronic notification to the following:

Glen M. Robertson VSB 30161
Wolcott Rivers Gates
grobertson@wolriv.com
*Counsel for Defendants The Tankard Nurseries, Inc.*

Susan Childers North, Esq. (VSB #43068)
snorth@grsm.com
Jonathan W. Gonzalez, Esquire (VSB No. 92259)
jwgonzalez@grsm.com
Benjamin Luke Williams, Esq. (NC Bar 53665)
blwilliams@grsm.com
Joshua David Wilson (TN Bar 031486)
jdwilson@grsm.com
Gordon Rees Scully Mansukhani, LLP
*Counsel for Defendants Las Princesas Corporation and Martha Zeferino José*

This 23rd date of April, 2025.

/s/ Marissa L. Baer_____